**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Robert J. Kleinman, Jr., and Bruce G. Odlaug, Co-Trustees of the Trust of Margaret R. Kleinman, under date of December 29, 1989,**

**Plaintiffs,**

**v.**

**Case No. 00-CV-1438 JMR / FLN**

**United States of America,**

**Defendant.**

---

**ORDER GRANTING UNITED STATES' MOTION FOR ENLARGEMENT OF TIME**

---

Upon consideration of the United States' Motion for Enlargement of Time ("Motion to Enlarge"), good cause appearing, it is hereby

**ORDERED** that the Motion to Enlarge should be, and hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the respondent shall have through and including September 22, 2000, to respond to the Complaint.

**SO ORDERED** this 9th day of August, 2000.

Franklin L. Noel

**FRANKLIN L. NOEL**
**Chief United States Magistrate Judge**

AUG 10 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK