UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Robert J. Kleinman, Jr., and Bruce G. Odlaug, Co-Trustees of the Trust of Margaret R. Kleinman, under date of December 29, 1989,**

**Plaintiffs,**

**v.**

**Case No. 00-CV-1438 JMR / FLN**

**United States of America,**

**Defendant.**

---

**CONSENT ORDER JOINING AS PARTY-PLAINTIFF THE ESTATE OF MARGARET R. KLEINMAN, DECEASED**

---

With the consent of all parties, and at the request of plaintiffs Robert J. Kleinman, Jr., and Bruce G. Odlaug -- joined by the Special Administrators of the Estate of Margaret R. Kleinman, deceased -- there appearing good cause to add as party-plaintiff to this Federal estate tax refund suit the Estate of Margaret R. Kleinman, deceased, it is hereby

**ORDERED** that the Estate of Margaret R. Kleinman, deceased, by and through its Special Administrators, is added as a party-plaintiff, and it is

**FURTHER ORDERED** that all pleadings, notices, and papers filed in this action shall henceforth be styled as follows: "Estate of Margaret R. Kleinman, deceased, by Robert J. Kleinman, Jr., and Bruce G. Odlaug, Special Administrators, and Robert J. Kleinman, Jr., and Bruce G.

NOV 14 2000
FILED
FRA... CLERK
JUDG...
DE...

Odlaug, Co-Trustees of the Trust of Margaret R. Kleinman, under date of December 29, 1989, Plaintiffs v. United States of America, Defendant."

**SO ORDERED** this 13th day of November, 2000.

**FRANKLIN L. NOEL**
**Chief United States Magistrate Judge**

**CONSENTED TO:**

**FOR THE PLAINTIFFS AND THE ESTATE OF MARGARET R. KLEINMAN, DECEASED:**

Maun & Simon, PLC

Dated: October 24, 2000

Barry A. Gersick (#34344)
2000 Midwest Plaza Building West
801 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 904-7403

**FOR DEFENDANT UNITED STATES OF AMERICA**

Dated: October 25, 2000

Gerald B. Leedom (D.C. Bar #912675)
Daniel R. Conrad (# 0273089)
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 514-6544 (Leedom)
(202) 514-6528 (Conrad)